UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JANE DOE, SUING BY AND ON BEHALF
OF HER MINOR DAUGHTER, MARY DOE

    vs                                              Civil No. 3:06 cv 1680 (PCD)

HAMDEN BOARD OF EDUCATION

## **J U D G M E N T**

Counsel reported to the Court on August 26, 2008 that the above-entitled case had settled. A Local Rule 41(b) notice of dismissal, document [59], was issued on August 28, 2008, informing the parties that the case would be automatically dismissed as of September 25, 2008 should closing papers not be filed with the Court prior to that date;

As of this date, a check of the docket reflects no closing papers as having been filed, nor any requests to extend the time within which to file said documents;

It is hereby ORDERED that this action be and is hereby dismissed pursuant to Local Rule 41(b), without costs and without prejudice to the right of any parties to move within thirty (30) days to re-open the case if the settlement has not been consummated.

Dated at New Haven, Connecticut, this 29th day of September, 2008.

ROBERTA D. TABORA, CLERK


BY/s/_____
      Patricia A. Villano
      Deputy Clerk

EOD: _____